## 338

BEFORE THE SECOND DIVISION, MARCH 31, 1959

**No. 62924.**—Brown Boveri Corp. and Gehrig, Hoban & Co., Inc. *v.* United States protests 238860–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of metal voltage regulators and parts thereof similar in all material respects to those the subject of *Brown Boveri Corp. et al.* v. *United States* (40 Cust. Ct. 168, C.D. 1978), the claim of the plaintiffs was sustained.

**No. 62925.**—John V. Carr & Son, Inc. *v.* United States, protest 234122–K (Detroit).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 62926.**—Spiegel Bros. Corporation *v.* United States, protest 58/6822 (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 62927.**—Diesel Energy Corp. *v.* United States, protest 58/7203 (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, MARCH 31, 1959

**No. 62928.**—Park & Tilford Distillers Corporation *v.* United States, protest 307984–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.